IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OR ARKANSAS
FAYETTEVILLE DIVISION

MARIA T. BALLESTEROS                                                    PLAINTIFF

  v.        CIVIL NO. 04-5123

JO ANNE B. BARNHART, Commissioner
Social Security Administration                                          DEFENDANT

## **J U D G M E N T**

Now on this 22nd day of September 2005, comes on for consideration the Report and Recommendation dated August 30, 2005, by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days have passed without objections being filed by the parties. The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation, reverses the decision of the Commissioner, and remands this case to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

If plaintiff wishes to request an award of attorney's fees and cost under the Equal Access to Justice Act (EAJA) 28 U.S.C. § 2412, an application may be filed up until 30 days after the judgment becomes "not appealable" i.e., 30 days after the 60-day time for appeal has ended. *See Shalala v. Schaefer,* 509 U.S. 292, 296, 113 S.Ct. 2625 (1993); 28 U.S.C. §§ 2412(d)(1)(B),(d)(2)(G).

IT IS SO ORDERED.

             /s/ Jimm Larry Hendren
             HON. JIMM LARRY HENDREN
             UNITED STATES DISTRICT JUDGE

AO72A
(Rev. 8/82)